UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK JOSEPH,

          Plaintiff,

    v.

BENJAMIN DENTON SCHNEIDER, et al.

          Defendants.

2:25-cv-2672-CKD P

ORDER

Plaintiff is a state prisoner proceeding without counsel and seeking relief under 42 U.S.C. § 1983. The court previously screened plaintiff's original complaint and found it states Eighth Amendment deliberate indifference claims against defendants Martinez, Larbaga, and Lee and no other claims. (ECF No. 8.) The court gave plaintiff the option of proceeding on those claims or filing an amended complaint. (Id. at 4.) The court informed plaintiff an amended complaint must be complete by itself without reference to any prior pleading. (Id.)

Plaintiff has filed a document styled as a first amended complaint. (ECF No. 8.) The first amended complaint does not appear to include plaintiff's claims that the court previously found could proceed in this case. Thus, the court infers plaintiff intended the filing to be a supplement to the claims the court already found were stated in the original complaint.

However, the court cannot refer back to the original complaint in order to interpret or

1

screen the first amended complaint. Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading. As a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Once a plaintiff files an amended complaint, the prior complaint no longer serves any function in the case. Therefore, in any amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.

Plaintiff will have an opportunity to file a second amended complaint. In the alternative, plaintiff may choose to proceed on the original complaint as previously screened with the Eighth Amendment claims against defendants Martinez, Larbaga, and Lee.

**Plain Language Summary for Pro Se Party**

The following information is meant to explain this order in plain English. This summary is not intended as legal advice.

Your first amended complaint does not appear to include all the claims you seek to pursue in this case. You may file a second amended complaint or you may proceed on your original complaint as screened. You must complete the attached notice and return it to the court within 30 days from the date of this order along with any second amended complaint if you choose to file one.

**Order**

In accordance with the above, IT IS ORDERED as follows:

1. The Clerk of the Court is directed to send plaintiff a copy of the form used by this district for a Civil Rights Complaint by a Prisoner.

2. Within thirty (30) days of the date of this order, plaintiff shall complete and return the attached Notice of Election form along with any optional second amended complaint.

3. Failure to respond to this order will result in a recommendation that this action be dismissed for failure to obey a court order and failure to prosecute.

Dated:  June 2, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 jose2672.scrn.fac

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK JOSEPH,

        Plaintiff,

        v.

BENJAMIN DENTON SCHNEIDER, et al.,

        Defendants

2:25-cv-2672-CKD P

NOTICE OF ELECTION

Check **one**:

_____   Plaintiff wants to proceed on the original complaint as screened with Eighth Amendment deliberate indifference claims against defendants Martinez, Larbaga, and Lee. Plaintiff understands that by choosing to proceed on the original complaint as screened, the court will construe this as a request to voluntarily dismiss any other claims and defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

_____   Plaintiff wants to file a second amended complaint.

Dated:  June 2, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 jose2672.scrn.fac

3