FILED

JUN 24 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

Name and Prisoner/Booking Number
KIRK MICHAEL JOSEPH G-27584
Place of Confinement
MULE CREEK STATE PRISON
Mailing Address
P.O BOX 409040
City, State, Zip Code
IONE, CA 95640
**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

KIRK MICHAEL JOSEPH,
(Full Name of Plaintiff)
Plaintiff,

v.

(1) BENJAMIN DENTON SCHNEIDER,
(Full Name of Defendant)
(2) ____________,
(3) ____________,
(4) ____________,
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

**CASE NO.** 2:25-cv-02672-CKD P
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☑ Second Amended Complaint

**A. JURISDICTION**

1. This Court has jurisdiction over this action pursuant to:
   - ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   - ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   - ☐ Other: ____________.
2. Institution/city where violation occurred: CALIFORNIA MEDICAL FACILITY.

## B. DEFENDANTS

1. Name of first Defendant: BENJAMIN DENTON SCHEINDER. The first Defendant is employed as: CALIFORNIA MEDICAL FACILITY DOCTOR at CALIFORNIA MEDICAL FACILITY.
(Position and Title) (Institution)

2. Name of second Defendant: __________. The second Defendant is employed as: __________ at __________.
(Position and Title) (Institution)

3. Name of third Defendant: __________. The third Defendant is employed as: __________ at __________.
(Position and Title) (Institution)

4. Name of fourth Defendant: __________. The fourth Defendant is employed as: __________ at __________.
(Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __________ v. __________
      2. Court and case number: __________.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __________.

   b. Second prior lawsuit:
      1. Parties: __________ v. __________
      2. Court and case number: __________.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __________.

   c. Third prior lawsuit:
      1. Parties: __________ v. __________
      2. Court and case number: __________.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __________.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: EIGTH AMENDED CONSTITUTIONAL RIGHT VIOLATED.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Mail ☐ Access to the court ☑ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: ______.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

FACT #1: A VERY LARGE INDUSTRIAL REFRIGERATOR BELIEVED TO WEIGH 800 POUNDS JUST CRUSHED & PINNED ME UNDER ITS DANGEROUSLY LIFE ALTERING WEIGHTY SELF
FACT #2: RESIDUAL EFFECTS OF THIS DEVESTATED BLOW/CRUSHING BLOW ON MY MENTAL HEALTH & PHYSICAL OVERALL WERE OVER LOOKED DELEBRATELY. ALL EFFORT OF MINE TO TREAT MY SERIOUS MEDICAL NEEDS WERE (ALL) DUMBED DOWN, DEHUMANISED, DEMORALIZED & DEMONIZED BY MY THAN PRIMARY PHYSICIAN BENJAMIN DENTON SCHEINDER
FACT #3: ALL MY RIGHTOUS EFFORTS TO PRESERVE MY LIFE THROUGH ADEQUATE PROFESSIONAL MEDICAL CARE WERE TO NO AVAIL.
FACT #4: A TRUE PROFESSIONAL PHYSICIAN WHO CARES TO PRESERVE WHAT'S LEFT OF ME WOULD @ BEST GIVE ME A C-T SCAN OR A M.R.I BUT EVEN MY REQUEST TO GET A M.R.I OR C-T SCAN DONE WAS TREATED AS FRIVOLOUS
FACT #5: DR BENJAMIN DENTON SCHIENDER HAS A PROFESSIONAL MORAL OBLIGATION TO AID IN PRESERVING MY LIFE BUT FILED TO DO SO.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
INACTIONS OF MY THAN PRIMARY PHYSICIAN HAVE HEAVILY INFLICTED ON ME A LASTING MOBILITY IMPAIRMENTS WHICH I BELIEVE COULD HAVE BEEN @ A LESSER DEGREE IF TREATED THAN WHEN IT FIRST HAPPENED.

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No

b. Did you submit a request for administrative relief on Claim I? ☑ Yes ☐ No

c. Did you appeal your request for relief on Claim I to the highest level? ☑ Yes ☐ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ______.

## CLAIM II

1. State the constitutional or other federal civil right that was violated: ______________________________
______________________________________________________________________________.

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   - ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   - ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: ______________________________.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

______________________________________________________________________________
______________________________________________________________________________
______________________________________________________________________________.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ______________________________________________________________
   ______________________________________________________________________________.

## CLAIM III

1. State the constitutional or other federal civil right that was violated: ______________________________
_______________________________________________________________________________.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other: ______________________________.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_______________________________________________________________________________.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_______________________________________________________________________________.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ______________________________________________________________
   _______________________________________________________________________________.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

MONETARY & PUNITIVE REWARDS THROUGH TRAIL JUDGEMENT AND REWARDS OF ANY KIND WHICH THA JURORS SEE FITS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6-18-2026
DATE

[signature]
SIGNATURE OF PLAINTIFF

YAHUARK WHOLLY SPHERE (FRIEND)
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, KIRK MICHAEL JOSEPH G-27584, declare:

I am over 18 years of age and a party to this action. I am a resident of MULE CREEK STATE Prison, in the county of IONE, State of California. My prison address is: P.O BOX 409040.

On 6-18-2026 (DATE),

I served the attached: CIVIL RIGHTS COMPLAINT BY A PRISONER 28 U.S.C § 1343(a) 42 USA § 1983 (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

KIRK MICHAEL JOSEPH
G-27584
B 7 191
P.O BOX 409040
IONE CA 95640

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THA CLERK
501 I STREET SUITE 4-200
SACRAMENTO CA 95814

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 6-18-2026 (DATE)

[signature] (DECLARANT'S SIGNATURE)